IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EARNEST REESE, #157837, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 3:11-cv-0955-TMH |
| | )               WO |
| KENNETH JONES, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #27) filed on March 12, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #26) filed on March 6, 2013 is adopted;

3. The 28 U.S.C. § 2254 petition for a writ of habeas corpus is DISMISSED without prejudice to afford Reese an opportunity to exhaust all state court remedies available to him.

DONE this the 28th day of March, 2013.

                                          /s/ Truman M. Hobbs
                                          TRUMAN M. HOBBS
                                          SENIOR UNITED STATES DISTRICT JUDGE